UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRAMMEL, | No. 2:14-cv-2483 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has filed a complaint seeking judicial review of a final decision of the Commissioner denying plaintiff's application for benefits and an application to proceed in forma pauperis.

Although this action has been filed in the Sacramento Division of the United States District Court for the Eastern District of California, the complaint alleges that plaintiff's primary residence is in Oregon. This action, therefore, should have been brought in the United States District Court for the District of Oregon. In the interests of justice, this action will be transferred to the United States District Court for the District of Oregon for further proceedings, including a ruling on plaintiff's application to proceed in forma pauperis and the screening of plaintiff's complaint. See 28 U.S.C. § 1404(a).

/////

1

Accordingly, IT IS ORDERED that this action is transferred to the United States District Court for the District of Oregon.

Dated: October 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.soc sec\trammel2483.transfer.ord.docx